HERBERT HEINIG et al., respondents,

*v.*

JACOB SMELLOW et al., appellants.

[Argued October 23d, 1946. Decided January 17th, 1947.]

*Mr. Morris Bloom,* for the appellants.

*Mr. Charles C. Babcock,* for the respondents.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Woodruff, and reported at *138 N. J. Eq. 119.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, MCGEEHAN, MCLEAN, JJ. 15.

*For reversal*—None.